# United States Court of Appeals for the Federal Circuit

---

February 14, 2019

**ERRATUM**

---

Appeal No. 2017-2508

**ATHENA DIAGNOSTICS, INC., OXFORD UNIVERSITY INNOVATION LTD., MAX-PLANCK-GESELLSCHAFT ZUR FORDERUNG DER WISSENSCHAFTEN E.V.,**
*Plaintiffs-Appellants*

**v.**

**MAYO COLLABORATIVE SERVICES, LLC, DBA MAYO MEDICAL LABORATORIES, MAYO CLINIC,**
*Defendants-Appellees*

Decided:  February 6, 2019
Precedential Opinion

---

The following change has been made:

Page 16, line 5, "(second alteration in original)" has been changed to "(alteration in original)".